UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Eastern District of Kentucky
FILED
AUG 0 6 2009
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 09-30-ART
18 U.S.C. § 2250

JIMMY COLEMAN
   aka JAMES DEAN COLEMAN

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

Between on or about a date in April, 2007, the exact date unknown, and April 28, 2009, in Pike County, in the Eastern District of Kentucky, and elsewhere,

JIMMY COLEMAN
aka JAMES DEAN COLEMAN,

an individual required to register under the Sex Offender Registration and Notification Act, traveled in interstate commerce and did knowingly fail to register and update a registration as required by the Sex Offender Registration and Notification Act, all in violation of 18 U.S.C. § 2250(a).

A TRUE BILL

_____
FOREPERSON

_____
JAMES A. ZERHUSEN
UNITED STATES ATTORNEY

## **PENALTIES**

Not more than 10 years imprisonment and a $250,000 fine; not less than 5 years, nor more than lifetime supervised release.

**PLUS:**     Mandatory special assessment of $100.

**PLUS:**     Restitution, if applicable.