UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Eastern District of Kentucky
FILED
AUG 06 2009
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CRIMINAL ACTION NO. 09-30-ART

UNITED STATES OF AMERICA                                   PLAINTIFF

V.            **MOTION OF UNITED STATES FOR WRIT
              OF HABEAS CORPUS AD PROSEQUENDUM**

JIMMY COLEMAN
    aka JAMES DEAN COLEMAN                                 DEFENDANT

\* \* \* \* \*

The Defendant, JIMMY COLEMAN, is now confined at the Preble County Jail in Eaton, Ohio, as a prisoner of the Preble County, Ohio Sheriff awaiting trial for a violation of Ohio law. On August 6, 2009, a federal grand jury sitting in Lexington, Kentucky, indicted COLEMAN for a violation of 18 U.S.C. § 2250, Failure to Register by a Sex Offender. Accordingly, the United States moves for a writ of habeas corpus ad prosequendum commanding the Sheriff to deliver COLEMAN to the United States Marshal so that COLEMAN may be brought before this Court for an arraignment and for other proceedings.

Respectfully submitted,

JAMES A. ZERHUSEN
UNITED STATES ATTORNEY

By: s/ Brandon W. Marshall
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4849
FAX (859) 233-2747
Brandon.Marshall@usdoj.gov