UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CRIMINAL ACTION NO. 09-30-ART

UNITED STATES OF AMERICA                                             PLAINTIFF

V.      **ORDER GRANTING MOTION OF UNITED STATES**
        **FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

JIMMY COLEMAN
   aka JAMES DEAN COLEMAN                                            DEFENDANT

\* \* \* \* \*

The United States moves for a writ of habeas corpus ad prosequendum commanding the Preble County, Ohio Sheriff to deliver the Defendant, JIMMY COLEMAN, aka James Dean Coleman, to the United States Marshal so that COLEMAN may be brought before this Court for an arraignment and for other proceedings. COLEMAN is now confined by the Preble County, Ohio Sheriff at the Preble County Detention Center in Eaton, Ohio, awaiting trial for a violation of Ohio law. On August 6, 2009, the federal grand jury indicted COLEMAN on charges of failure to register by a sex offender, in violation of 18 U.S.C. § 2250.

Accordingly, the Court ORDERS:

(1) the Motion of the United States for a writ of habeas corpus ad prosequendum is GRANTED;

(2) the Sheriff shall DELIVER the Defendant, JIMMY COLEMAN, aka James

Dean Coleman, to the United States Marshal for the Eastern District of Kentucky;

(3) the Marshal shall DELIVER COLEMAN in custody before the United States District Court at Lexington, Kentucky, on _____, 2009, at _____, for an arraignment on the federal charges against him, and from time to time thereafter until this case is disposed of; and

(4) the Marshal shall safely KEEP COLEMAN in custody until he is no longer needed, at which time the Marshal shall RETURN COLEMAN to the custody of the Sheriff.

On this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE

Copies:    United States Marshal (3 certified copies)
           United States Probation
           Brandon W. Marshall, Assistant United States Attorney