UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CRIMINAL ACTION NO. 09-30-ART

UNITED STATES OF AMERICA,                                                          PLAINTIFF,

V.                                            **ORDER**

JIMMY COLEMAN,                                                                          DEFENDANT.

The United States has moved for a writ of habeas corpus ad prosequendum commanding the Preble County, Ohio Sheriff to deliver the Defendant, Jimmy Coleman, to the United States Marshal so that Coleman may be brought before this Court for an arraignment and for other proceedings. [R. 2]. Coleman is now confined by the Preble County, Ohio Sheriff at the Preble County Detention Center in Eaton, Ohio, awaiting trial for a violation of Ohio law. On August 6, 2009, a federal grand jury indicted Coleman on charges of failure to register by a sex offender, in violation of 18 U.S.C. § 2250. Having considered the matter fully, and being otherwise sufficiently advised,

IT IS ORDERED HEREIN:

(1)   The United States' Motion for a Writ of Habeas Corpus Ad Prosequendum [R. 2] is GRANTED.

(2)   The Sheriff shall DELIVER the Defendant, JIMMY COLEMAN, to the United States Marshal for the Eastern District of Kentucky.

(3)   The Marshal shall DELIVER COLEMAN in custody before the United States District Court at Pikeville, Kentucky, on WEDNESDAY, SEPTEMBER 2, 2009, AT THE HOUR

OF 11:00 A.M., Eastern Time, for an arraignment on the federal charges against him, and from time to time thereafter until this case is disposed of; and

(4)    The Marshal shall safely KEEP COLEMAN in custody until he is no longer needed, at which time the Marshal shall RETURN COLEMAN to the custody of the Sheriff.

Signed August 7, 2009.



Signed By:
*Edward B. Atkins*  EBA
**United States Magistrate Judge**